IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERNEST C. KEGLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1353-C |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 24, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. This dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 26th day of July, 2005.

ROBIN J. CAUTHRON
United States District Judge